CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 25 2016

JULIA C. DUDLEY, CLERK
BY: /s/ HMcDaneal
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELIZA TYRONE STEWART,<br>Plaintiff, | )<br>)<br>) Civil Action No. 7:16-cv-00426 |
| v. | )<br>) **DISMISSAL ORDER**<br>) |
| MS. JANELLE SEEKFORD,<br>Defendant(s). | ) By: Jackson L. Kiser<br>) Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 25th day of October, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge